IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Clint Phillips III

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Metro Transit Agency et.al.
Securitas Security Agency et.el.
Dennis Burns

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 20-744-RJD

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Clint Phillips III ~~Metro Transit Agency~~
   Street Address: 1173 Forest Home Dr.
   City and County: St. Louis
   State and Zip Code: MO.
   Telephone Number: (314) 942-2201
   E-mail Address: Clint.Phillips2019@gmail.com

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   Name: Metro Transit Agency
   Job or Title (if known): Transportation Agency
   Street Address: Unknown
   City and County: St. Clair
   State and Zip Code: Ill
   Telephone Number: unknown
   E-mail Address (if known): unknown

   Defendant No. 2

   Name: Securitas Security Company
   Job or Title (if known): Security Agency
   Street Address: Unknown
   City and County: St. Louis

2

State and Zip Code  MO,
Telephone Number  unknown
E-mail Address  unknown
(if known)

Defendant No. 3

Name  Dennis Burns
Job or Title  Security Officer
(if known)
Street Address  unknown
City and County  unknown
State and Zip Code  unknown
Telephone Number  unknown
E-mail Address  unknown
(if known)

Defendant No. 4

Name  ___
Job or Title  ___
(if known)
Street Address  ___
City and County  ___
State and Zip Code  ___
Telephone Number  ___
E-mail Address  ___
(if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title II ADA, Title VII of the Civil Rights Act of 1964, Fourth Amendment, Fourteenth Amendment, State law False Imprisonment

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attached →*

On March 27th of 2018 I was headed to Scott Air Force Base from my home in MO., at Fairview Heights station I was intercepted by an officer by the name of Dennis Burns, employed by Securitas, and Metro Transit. He asked to see my pass/fare; I produced a monthly reduced fare pass to include my reduced fare I.D. showing that I was disabled I was forced to disembark the train after he illegally seized my pass/property. I reported this incident to Metro HQ and they did not follow up, that I know of. I hope and pray that this case passes review because it is a violation of the Americans with Disabilities Act (ADA) and constitutional torts committed by Metro Transit/Securitas agent(s), and if applicable would like to request leave to answer out of time, so as the statute of limitations should be tolled because I have a disability

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

16 million in punitive damages because of officer burns malice, reckless disregard for my rights, and disability

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/30, 2020

Signature of Plaintiff  *[signed]*
Printed Name of Plaintiff  Clint Phillips III

B. **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |