UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLINT PHILLIPS, III,<br><br>    Plaintiff,<br><br>v.<br><br>METRO TRANSIT AGENCY, SECURITAS SECURITY COMPANY, and DENNIS BURNS,<br><br>    Defendants. | Case No. 20-cv-744-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Clint Phillips, III's claims against defendants Metro Transit Agency and Securitas Security Company are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Clint Phillips, III's claims against defendants Dennis Burns are dismissed without prejudice

**DATED: September 23, 2021**

                                            **MARGARET M. ROBERTIE, Clerk of Court**

                                            **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**