# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

May 20, 2022

To:  Monica A. Stump
     UNITED STATES DISTRICT COURT
     Southern District of Illinois
     East St. Louis, IL 62201-0000

|  | CLINT PHILLIPS, III, |
|---|---|
|  | Plaintiff - Appellant |
| No. 22-1333 | v. |
|  | METRO TRANSIT AGENCY, et al., |
|  | Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 3:20-cv-00744-JPG ||
| Southern District of Illinois ||
| District Judge J. Phil Gilbert ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                            No record to be returned

form name: **c7_Mandate**   (form ID: **135**)